## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raymond M. Santos                    CHAPTER 13
                    Debtor(s)

BKY. NO. 21-11374 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ Mark A. Cronin
                            Mark Cronin
                            22 Sep 2023, 13:08:10, EDT

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322