United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11374-amc |
| Raymond M. Santos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 02, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14618265 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:06:00 | U.S. Bank Trust National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Raymond M. Santos dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 02, 2023 | Form ID: trc | Total Noticed: 1

| | |
|---|---|
| | as Indenture Trustee for the CIM Trust 2019-R2 bkecf@friedmanvartolo.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkgroup@kmllawgroup.com |
| ROGER FAY | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for CIM Trust 2019-R2 rfay@alaw.net, bkecf@milsteadlaw.com |
| STEVEN P KELLY | on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-11374-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Raymond M. Santos
2803 North Mascher Street
Philadelphia PA 19133-9525

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/01/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 17: U.S. Bank Trust National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 | U.S. Bank National Association, et al<br>c/o Rushmore Servicing<br>PO Box 619096<br>Dallas, TX 75261 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/04/23

Tim McGrath
**CLERK OF THE COURT**