United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Raymond M. Santos
    Debtor

Case No. 21-11374-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 6

Date Rcvd: Jun 22, 2026        Form ID: 138OBJ        Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Raymond M. Santos, 2803 North Mascher Street, Philadelphia, PA 19133-3526 |
| 14607728 | | Goodyear/CBNA, P.O. Box 6403, Los Angeles, CA 90024 |
| 14617053 | + | Ovation Sales Finance Trust, Service Finance Co.LLC, 555 S.Federal Highway #200, Boca Raton FL 33432-6033 |
| 14607736 | + | Philadelphia Municipal Court, Office of Deputy Court Administrator, 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107-3519 |
| 14607744 | | Service Finance Company, LLC, P.O. Box 645387, Cincinnati, OH 45264-5387 |
| 14607756 | + | Temple University Hospital, 3401 N Broad Street, Philadelphia, PA 19140-5189 |
| 14607755 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |
| 14607757 | | The Bank of MO/Milestone Mastercard c/o, DC Portfolio Services, LLC c/o, Abrahamsen Gindin, LLC, 245 Main Street, Suite 100, Scranton, PA 18519-1641 |
| 14607759 | + | Tri-State Creations, LLC, 10 East 6th Avenue, Suite 310A, Conshohocken, PA 19428-1784 |
| 14609123 | + | U.S. Bank National Association, as trustee, in tru, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14817952 | + | U.S. Bank National Association, not in its individ, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14607760 | + | Yale D. Weinstein, Esquire, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14607710 | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 03:58:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 14608660 | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 03:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14607711 | Email/Text: bnc-aquafinance@quantum3group.com | Jun 23 2026 03:58:00 | Aqua Finance, Inc., PO Box 844, Wausau, WI 54402-0844 |
| 14607712 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 04:00:59 | BP VISA/SYNCB, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14607730 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 04:13:15 | Home Depot Credit Services, P.O> Box 78011, Phoenix, AZ 85062-8011 |
| 14628793 | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14611103 | Email/Text: BKPT@cfna.com | Jun 23 2026 03:58:00 | CREDIT FIRST NA, PO BOX 818011, |

District/off: 0313-2                     User: admin                              Page 2 of 6

Date Rcvd: Jun 22, 2026                  Form ID: 138OBJ                          Total Noticed: 87

| | | | CLEVELAND,OHIO 44181-8011 |
|---|---|---|---|
| 14607713 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2026 04:00:53 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14617546 | + Email/PDF: ebn_ais@aisinfo.com | Jun 23 2026 04:13:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14617586 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2026 04:00:53 | Capital One N.A.(USA), N.A. by American InfoSource, PO Box 71083, Charlotte NC 28272-1083 |
| 14608896 | + Email/Text: bankruptcy@cavps.com | Jun 23 2026 03:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14608905 | + Email/Text: bankruptcy@cavps.com | Jun 23 2026 03:58:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14607714 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2026 04:00:59 | Chase Card, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14607715 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2026 04:00:59 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14607719 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 04:13:15 | Citi, Box 6500, Sioux Falls, SD 57117-6500 |
| 14607718 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 04:13:11 | Citi, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14607720 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 04:13:07 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14607721 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 04:13:07 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14607722 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2026 03:58:00 | Comenitycb/modellvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14607723 | + Email/Text: bankruptcy@connexuscu.org | Jun 23 2026 03:58:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14607725 | + Email/Text: BKPT@cfna.com | Jun 23 2026 03:58:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14607726 | + Email/Text: mrdiscen@discover.com | Jun 23 2026 03:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14607727 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 23 2026 03:58:00 | Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14607729 | + Email/Text: bankruptcy@greenskycredit.com | Jun 23 2026 03:58:00 | GreenSky Credit, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 14619632 | Email/Text: bankruptcy@greenskycredit.com | Jun 23 2026 03:58:00 | Greensky,LLC, PO Box 2153, Dept# 3025, Birmingham, AL 352873025 |
| 14619504 | + Email/Text: bankruptcy@greenskycredit.com | Jun 23 2026 03:58:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14613545 | + Email/Text: RASEBN@raslg.com | Jun 23 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14613980 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2026 04:00:59 | JPMorgan Chase Bank, N.A., PO BOX 15368, Wilmington, DE 19850-5368 |
| 14607731 | + Email/Text: correspondence@credit-control.com | Jun 23 2026 03:58:00 | LVNV Funding LLC, c/o Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14785132 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 04:13:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0313-2 | User: admin | Page 3 of 6
Date Rcvd: Jun 22, 2026 | Form ID: 138OBJ | Total Noticed: 87

| | | | |
|---|---|---|---|
| 14611631 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Jun 23 2026 04:13:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14616370 | | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Jun 23 2026 04:00:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14607732 | + | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Jun 23 2026 04:00:59 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14615472 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Jun 23 2026 03:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14607733 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Jun 23 2026 03:58:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14607734 | + | Email/Text: BKEBN-Notifications@ocwen.com<br>Jun 23 2026 03:58:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14619644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 23 2026 04:13:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14619545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 23 2026 04:13:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14607735 | | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jun 23 2026 04:00:59 | Pep Boys / Synchrony Care Care, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14607737 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 23 2026 04:00:59 | Portfolio Recovery Assocciates, Riverside Commerce Center, 120 Corporate Blvd Ste, Norfolk, VA 23502-4952 |
| 14613735 | | Email/Text: bnc-quantum@quantum3group.com<br>Jun 23 2026 03:58:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14613984 | + | Email/Text: bnc-quantum@quantum3group.com<br>Jun 23 2026 03:58:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 2489, Kirkland, WA 98083-2489 |
| 14607738 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Jun 23 2026 04:13:11 | Resurgent Acquisitions LLC c/o, Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14607739 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Jun 23 2026 04:13:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14610954 | ^ | MEBN<br>Jun 23 2026 03:55:35 | Rushmore Loan Management Services, LLC servicer fo, c/o FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14607741 | + | Email/Text: nsm_bk_notices@mrcooper.com<br>Jun 23 2026 03:58:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14607742 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Jun 23 2026 03:58:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14607743 | + | Email/Text: servicing@svcfin.com<br>Jun 23 2026 03:58:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14607745 | + | Email/Text: servicing@svcfin.com<br>Jun 23 2026 03:58:00 | Service Finance Company, LLC, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 14607748 | | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jun 23 2026 04:13:15 | Syncb/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14607746 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jun 23 2026 04:00:53 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14607747 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jun 23 2026 04:00:44 | Syncb/home Design-hi-p, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14620597 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 23 2026 04:13:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

District/off: 0313-2

User: admin

Date Rcvd: Jun 22, 2026

Form ID: 138OBJ

Total Noticed: 87

| 14620727 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|---|
| | | | Jun 23 2026 04:13:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14607749 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 04:00:44 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14607750 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 04:00:59 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 14795987 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 04:00:59 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14795988 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 04:00:53 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14607751 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 04:00:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14607752 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 04:00:59 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14607753 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 04:00:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14620009 | + | Email/Text: bncmail@w-legal.com | Jun 23 2026 03:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14607754 | + | Email/Text: bncmail@w-legal.com | Jun 23 2026 03:58:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14817837 | ^ | MEBN | Jun 23 2026 03:55:34 | U.S. Bank National Association, as trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14827638 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 03:58:00 | U.S. Bank National Association, et al, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14613654 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2026 03:58:00 | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14613982 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2026 03:58:00 | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14891976 | + | Email/Text: RASEBN@raslg.com | Jun 23 2026 03:58:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid,Crane & Par, 13010 Morris Rd. Suite 450, Alpharetta, GA 30004-2001 |
| 15023422 | + | Email/Text: RASEBN@raslg.com | Jun 23 2026 03:58:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14870215 | ^ | MEBN | Jun 23 2026 03:55:38 | U.S. Bank Trust Company, National Association, as, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14618265 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 03:58:00 | U.S. Bank Trust National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15023702 | + | Email/Text: RASEBN@raslg.com | Jun 23 2026 03:58:00 | U.S.Bank Trust Company, National Association, Robertson, Anschutz,Schneid,Crane & Part, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14607758 | | Email/Text: bankruptcynotices@vivecard.com | Jun 23 2026 03:58:00 | The HELPcard, 380 Data Drive, Suite 200, Draper, UT 84020 |

TOTAL: 75

District/off: 0313-2
User: admin
Page 5 of 6

Date Rcvd: Jun 22, 2026
Form ID: 138OBJ
Total Noticed: 87

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14609124 | *+ | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14607716 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14607717 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14607724 | *+ | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14607740 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Raymond M. Santos ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company  National Association jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com |
| ROGER FAY | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for CIM Trust 2019-R2 rfay@alaw.net, bkecf@milsteadlaw.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust Company  National Association sdicks@raslg.com, shrdlaw@outlook.com |

District/off: 0313-2                                   User: admin                                        Page 6 of 6
Date Rcvd: Jun 22, 2026                          Form ID: 138OBJ                              Total Noticed: 87

STEVEN P KELLY

on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*Form 138OBJ* (6/24)–doc 65 – 63

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     )
   Raymond M. Santos                      )          Case No. 21–11374–amc
                                          )
                                          )
   Debtor(s).                             )          Chapter: 13
                                          )
                                          )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 22, 2026                                  For The Court

                                                     Mohung Wong
                                                     Clerk of Court