United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 21-11374-amc

Raymond M. Santos                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 2

Date Rcvd: Jun 22, 2026                   Form ID: 234                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Raymond M. Santos, 2803 North Mascher Street, Philadelphia, PA 19133-3526 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Raymond M. Santos ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company  National Association jkatz@raslg.com |
| KENNETH E. WEST | |

District/off: 0313-2                                      User: admin                                            Page 2 of 2

Date Rcvd: Jun 22, 2026                                  Form ID: 234                                           Total Noticed: 1

                ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER

                on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkecf@friedmanvartolo.com

MATTHEW K. FISSEL

                on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

                on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

ROGER FAY

                on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for CIM Trust 2019-R2 rfay@alaw.net, bkecf@milsteadlaw.com

SHERRI DICKS

                on behalf of Creditor U.S. Bank Trust Company  National Association sdicks@raslg.com, shrdlaw@outlook.com

STEVEN P KELLY

                on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Raymond M. Santos

              Debtor(s)

Case No:21−11374−amc

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

#### NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Mohung Wong
Clerk of Court

Date: 6/22/26