United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Raymond M. Santos
     Debtor

Case No. 21-11374-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond M. Santos, 2803 North Mascher Street, Philadelphia, PA 19133-3526 |
| 14617053 | + | Ovation Sales Finance Trust, Service Finance Co.LLC, 555 S.Federal Highway #200, Boca Raton FL 33432-6033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 11 2026 04:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14608660 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 11 2026 00:17:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14628793 | | Email/Text: megan.harper@phila.gov | Jul 11 2026 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14611103 | | EDI: CRFRSTNA.COM | Jul 11 2026 04:17:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14617546 | + | EDI: AIS.COM | Jul 11 2026 04:17:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14608896 | + | Email/Text: bankruptcy@cavps.com | Jul 11 2026 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14619504 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 11 2026 00:17:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14613545 | + | Email/Text: RASEBN@raslg.com | Jul 11 2026 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14785132 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2026 00:26:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14611631 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2026 00:26:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14616370 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 11 2026 00:26:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14615472 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2026 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14619545 | EDI: PRA.COM | | Jul 11 2026 04:17:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14613735 | EDI: Q3G.COM | | Jul 11 2026 04:17:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14620597 | + EDI: PRA.COM | | Jul 11 2026 04:17:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14620009 | + Email/Text: bncmail@w-legal.com | | Jul 11 2026 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14613654 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Jul 11 2026 00:17:00 | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14870215 | ^ MEBN | | Jul 11 2026 00:15:59 | U.S. Bank Trust Company, National Association, as, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Raymond M. Santos ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company  National Association jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: Jul 10, 2026        Form ID: 3180W        Total Noticed: 21

LAUREN MOYER

on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkecf@friedmanvartolo.com

MATTHEW K. FISSEL

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

ROGER FAY

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for CIM Trust 2019-R2 rfay@alaw.net, bkecf@milsteadlaw.com

SHERRI DICKS

on behalf of Creditor U.S. Bank Trust Company  National Association shrdlaw@outlook.com, shrdlaw@outlook.com

STEVEN P KELLY

on behalf of Creditor U.S. Bank National Association  as trustee, in trust forregistered holders of ChaseFunding Mortgage Loan Asset-Backed Certificates, Series 2003-4 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond M. Santos | Social Security number or ITIN  xxx–xx–9427 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   21–11374–amc

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond M. Santos

7/9/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W               **Chapter 13 Discharge**               page 2